**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JULIO RIANO-NOY,

        Petitioner,

v.                                                                        Case No. 3:26-cv-565-WWB-SJH

UNITED STATES ATTORNEY
GENERAL, et al.

        Respondents.

_____

## ORDER

On June 11, 2026, the Court directed Petitioner to show cause by June 25, 2026, why the Court should not dismiss this case for want of prosecution and failure to comply with the Court's Order (Doc. 2).  (*See* Doc. 6).  To date, Petitioner has failed to comply.[1]

Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice** for Petitioner's lack of prosecution.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

---

[1] According to the website for U.S. Immigration and Customs Enforcement, Petitioner is no longer in custody.  *See* Online Detainee Locator System, U.S. Immigration and Customs Enforcement, available at www.locator.ice.gov/odls/#/search (last visited July 6, 2026).

**DONE AND ORDERED** in Jacksonville, Florida, on July 6, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:    Julio Riano-Noy, A073775479

2